# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

JOHNNY W. HOLLMAN,  :
:
        Plaintiff.  :
:
VS.  :
:
UNNAMED DEFENDANT(S),  :
:   NO. 7:13-CV-93 (HL)
        Defendants.  :
:   **O R D E R**

    Plaintiff **JOHNNY W. HOLLMAN** filed in this Court a *pro se* civil rights complaint under 42 U.S.C. § 1983. By Order dated July 11, 2013, the Court instructed Plaintiff to file his complaint on the Court's 42 U.S.C. § 1983 form and to either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis* ("IFP") (Doc. 4). The Court expressly informed Plaintiff that if he failed to comply with the Court's directive within twenty-one (21) days, his case would be dismissed. Six days after the Court's letter, Plaintiff requested, and the Court provided him with, a copy of his initial pleading. Plaintiff has not, however, filed his complaint using this Court's standard section 1983 form or moved to proceed IFP. Because Plaintiff has failed to comply with this Court's Order, his lawsuit is hereby **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED**, this 21st day of August, 2013.

                                  *s/ Hugh Lawson*
                                  HUGH LAWSON
                                  UNITED STATES DISTRICT JUDGE

cr